**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-21892-WPD

CARLOS BRITO,

    Plaintiff,
v.

LSG1 EL PARAISO LLC; SOLARES ENTERPRISES, INC. d/b/a SEDANOS SUPERMARKET NO 10; and CARIBE RESTAURANT HIALEAH INC. d/b/a CARIBE CAFE RESTAURANT,

    Defendants,
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, hereby advises the Court that he has reached an agreement in principle to settle the instant case with Defendant, CARIBE RESTAURANT HIALEAH INC. d/b/a CARIBE CAFE RESTAURANT. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action, no later than ten (10) days from the date of this Notice. Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines on this case as to Defendant, CARIBE RESTAURANT HIALEAH INC. d/b/a CARIBE CAFE RESTAURANT only.

Respectfully submitted this June 18, 2024

        **GARCIA-MENOCAL P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: (305) 553-3464
        Primary E-Mail: bvirues@lawgmp.com

Secondary E-Mails: amejias@lawgmp.com
aquezada@lawgmp.com.

By: ___/s/_Beverly Virues_____
    BEVERLY VIRUES
    Florida Bar No.: 123713
    ARMANDO MEJIAS
    Florida Bar No.: 1045152

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: _/s/_Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 689203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 18, 2024.

Respectfully submitted,

**GARCIA-MENOCAL P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com
aquezada@lawgmp.com.

By: ___/s/_Beverly Virues_____
    BEVERLY VIRUES