<div align="center">

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

</div>

CASE NO. 1:24-cv-21892-WPD

CARLOS BRITO,

    Plaintiff,

v.

LSG1 EL PARAISO LLC;
SOLARES ENTERPRISES, INC.
d/b/a SEDANOS SUPERMARKET
NO 10; and CARIBE
RESTAURANT HIALEAH INC.
d/b/a CARIBE CAFE
RESTAURANT,

    Defendants,
_____/

<div align="center">

**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, SOLARES ENTERPRISES, INC. d/b/a SEDANOS SUPERMARKET NO. 10 ONLY**

</div>

    Plaintiff, CARLOS BRITO, and Defendant, SOLARES ENTERPRISES, INC. d/b/a SEDANOS SUPERMARKET NO. 10, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in this case as to Defendant, SOLARES ENTERPRISES, INC. d/b/a SEDANOS SUPERMARKET NO. 10 *only*.

Respectfully submitted this July 2, 2024.

<div align="center">1</div>

<div style="display: flex;">

*By:* /s/ *Beverly Virues*
BEVERLY VIRUES
Florida Bar No. 123713
GARCIA-MENOCAL, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 553- 3464
Email: bvirues@lawgmp.com
*Counsel for Plaintiff*

*By:* /s/ *Evan Zuckerman*
EVAN ZUCKERMAN
Florida Bar No. 52974
VERNIS & BOWLING OF BROWARD, P.A.
5821 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 927-5330
Email: ezuckerman@florida-law.com
*Counsel for Defendant, SOLARES ENTERPRISES, INC. d/b/a SEDANOS SUPERMARKET NO. 10*

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this July 2, 2024.

Respectfully submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail:  bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com; aquezada@lawgmp.com

By: ___/s/ *Beverly Virues*_____
     BEVERLY VIRUES