UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21892-WPD

CARLOS BRITO,

    Plaintiff,

v.

LSG1 EL PARAISO LLC;
SOLARES ENTERPRISES, INC.
d/b/a SEDANOS SUPERMARKET
NO 10; and CARIBE
RESTAURANT HIALEAH INC.
d/b/a CARIBE CAFE
RESTAURANT,

    Defendants,
_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, LSG1 EL PARAISO LLC ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on December 6, 2024.

| | |
|---|---|
| *By: /s/ Ramon J. Diego* <br> RAMON J. DIEGO <br> Florida Bar No. 68930 <br> **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** <br> 5001 SW 74th Court, Suite 103 <br> Miami, FL 33155 <br> Telephone: (305) 350-3103 <br> Email: ramon@rjdiegolaw.com <br> *Counsel for Plaintiff* | *By: /s/ Christine F. Gay* <br> CHRISTINE F. GAY <br> Florida Bar No. 0026009 <br> **HOLLAND & KNIGHT LLP** <br> 701 Brickell Avenue, Suite 3300 <br> Miami, Florida 33131 <br> Telephone: (305) 374-8500 <br> Email: christine.gay@hklaw.com <br> *Counsel for Defendant, LSG1 El Paraiso LLC* |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on December 6, 2024.

                                              **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
                                              *Attorneys for Plaintiff*
                                              5001 SW 74th Court, Suite 103
                                              Miami, FL, 33155
                                              Telephone: (305) 350-3103
                                              Primary E-Mail: rdiego@lawgmp.com
                                              Secondary E-Mail: ramon@rjdiegolaw.com

                                      By: */s/ Ramon J. Diego*_____
                                                    RAMON J. DIEGO